**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GUSTAVO McKENZIE, | No. 07-56135 |
| Petitioner - Appellant, | D.C. No. CV-05-02404-CJC |
| v. | |
| EDMUND G. BROWN, Jr., Warden, | MEMORANDUM[*] |
| Respondent - Appellee. | |

Appeal from the United States District Court
for the Central District of California
Cormac J. Carney, District Judge, Presiding

Submitted April 5, 2010[**]

Before:     RYMER, McKEOWN, and PAEZ, Circuit Judges.

California state prisoner Gustavo McKenzie appeals from the district court's

order denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction pursuant

to 28 U.S.C. § 2253, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

McKenzie contends that his right to a fair and impartial jury was violated when the prosecutor exercised a peremptory challenge to excuse an African-American juror.  We review McKenzie's claim under *Batson v. Kentucky*, 467 U.S. 79 (1986), de novo because the state court's use of the standard laid out in *People v. Wheeler*, 22 Cal. 3d 258, 280 (1978), does not satisfy constitutional requirements.  *See Wade v. Terhune*, 202 F.3d 1190, 1192 (9th Cir. 2000).  McKenzie has failed to establish that the totality of relevant facts "gives rise to an inference" of purposeful discrimination by the prosecutor.  *See Johnson v. California*, 545 U.S. 162, 168 (2005).

**AFFIRMED.**